IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01905-GPG

BECHELINE ARITUS,

        Plaintiff,

v.

PACIFIC CONVENIENCE AND FUELS LLC,

        Defendant.

_____

ORDER DRAWING CASE

_____

        After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See*

D.C.COLO.LCivR 8.1(c).  Accordingly, it is

        ORDERED that this case shall be drawn to a presiding judge and, if appropriate,

to a magistrate judge.

        DATED September 3, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        _____
                                        United States Magistrate Judge