IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01905-RM-MEH

BECHELINE ARITUS,

    Plaintiff,

v.

PACIFIC CONVENIENCE AND FUELS, LLC,

    Defendant.

_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

The Court having granted the Plaintiff leave to proceed *in forma pauperis*, now **grants** Plaintiff's Request for Service [filed November 3, 2015; docket #18].

It now is **ordered** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendant at the new address provided by the Plaintiff. *See* Docket #18. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. All costs of service shall be advanced by the United States.

Entered and dated at Denver, Colorado, this 4th day of November, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge